# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 26-CR-569-RSH |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | |
| MARIA MARTHA ARAZATE HERNANDEZ, | **[ECF No. 19]** |
| Defendant. | |

Upon the motion of the United States, and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: March 10, 2026

*Robert S Huie*

_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE